IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQUAN S. GRAYSON,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY MAIL JAIL, et al.,<br><br>   Defendants. | No. 2:23-CV-2859-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On January 16, 2024, the Court directed Plaintiff to resolve the fee status for this case by either paying the filing fees in full or filing a complete application for leave to proceed in forma pauperis. See ECF No. 4. Plaintiff was directed to comply within 30 days and warned that failure to comply could result in dismissal of the action. See id. As of March 11, 2024, Plaintiff had not complied, and the Court issued findings and recommendations that this action be dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders. See ECF No. 5. Plaintiff did not file timely objections to the findings and recommendations. Instead, Plaintiff filed an application for leave to proceed in forma pauperis on June 24, 2024. See ECF No. 7. Given Plaintiff's efforts to resolve the fee status for this case, the

1

Court will vacate the March 11, 2024, findings and recommendations.

A review of the application for leave to proceed in forma pauperis filed on June 24, 2024, reflects that it is incomplete. Specifically, Plaintiff has not submitted with his application a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or to pay the appropriate filing fees in full. Plaintiff is again warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on March 11, 2024, are vacated.

2. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or the appropriate filing fee.

3. The Clerk of the Court is directed to send Plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

Dated: July 11, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE