IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIQUAN S. GRAYSON, | No. 2:23-CV-2859-DC-DMC-P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY MAIL JAIL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's original complaint. See ECF No. 1.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). On October 31, 2024, the Court issued an order addressing the sufficiency of Plaintiff's complaint. See ECF No. 12. The Court determined that the complaint plausibly states a cognizable Eighth Amendment excessive force claim against Defendant Collins related to events alleged in the complaint occurring on September 11, 2023, at the Sacramento County Main Jail, as well as a cognizable First Amendment retaliation claim against Defendant Lewis. See id. The Court found that Plaintiff's complaint otherwise failed to state cognizable claims against any other named defendant. See id.

1

1           Plaintiff was provided an opportunity to amend and cautioned that, if no first
2    amended complaint was filed within the time permitted therefor, the Court would direct service as
3    to the cognizable claims against Defendants Collins and Lewis and would issue findings and
4    recommendations that all other claims and defendants be dismissed for failure to state a claim.
5    See id.  To date, the time permitted for filing of a first amended complaint has passed and
6    Plaintiff has not filed a first amended complaint.  Accordingly, the Court will by separate order
7    direct Plaintiff to submit documents necessary for service of the original complaint on Defendants
8    Collins and Lewis as to those claims identified in the October 31, 2024, order as cognizable.  By
9    these findings and recommendations, the Court will recommend dismissal of other claims and
10   defendants.

11           Based on the foregoing, the undersigned recommends as follows:

12           1.    This action proceed on Plaintiff's original complaint, ECF No. 1, as to the
13   following claims:

14                  a.    Plaintiff's Eighth Amendment excessive force claim against Defendant Collins.
15
16                  b.    Plaintiff's First Amendment retaliation claim against Defendant Lewis.

17           2.    All other claims and defendants be dismissed with prejudice for failure to
18   state a claim as explained in the Court's October 31, 2024, order.

19           These findings and recommendations are submitted to the United States District
20   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
21   after being served with these findings and recommendations, any party may file written objections
22   with the Court.  Responses to objections shall be filed within 14 days after service of objections.
23   Failure to file objections within the specified time may waive the right to appeal.  See Martinez v.
24   Ylst, 951 F.2d 1153 (9th Cir. 1991).

25   Dated:  January 27, 2025

26                                              _____
                                                DENNIS M. COTA
27                                              UNITED STATES MAGISTRATE JUDGE

28