1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ZIQUAN S. GRAYSON,                        No.  2:23-cv-02859-DC-DMC (PC)

12              Plaintiff,

13       v.                                    ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND DISMISSING
14   SACRAMENTO COUNTY MAIN JAIL,              CERTAIN CLAIMS AND DEFENDANTS
     et al.,
15                                             (Doc. No. 14)
                Defendants.
16

17       Plaintiff ZiQuan S. Grayson is a county jail inmate proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20       On October 31, 2024, the assigned magistrate judge screened Plaintiff's complaint and

21   found that: (i) Plaintiff "plausibly states a cognizable Eighth Amendment excessive force claim"

22   against Defendant Collins for events that allegedly occurred on September 11, 2023; and (ii)

23   "Plaintiff states a potentially cognizable retaliation claim against Defendant Lewis." (Doc. No. 12

24   at 3.) But the magistrate judge found that Plaintiff does not plausibly state any other cognizable

25   claims against Defendants Collins and Lewis, or any claims against the other named Defendants

26   Sacramento County Main Jail and Trammell. (*Id.* at 3–6.) Plaintiff was granted leave to file a first

27   amended complaint within thirty days and was cautioned that "if no amended complaint is filed

28   within the time allowed therefor, the Court will issue findings and recommendations that the

1

1     claims identified herein as defective be dismissed, as well as such further orders as are necessary

2     for service of process as to the cognizable claims." (*Id.* at 6.) Plaintiff did not thereafter file a first

3     amended complaint.[1]

4          Consequently, on January 28, 2025, the magistrate judge issued findings and

5     recommendations recommending that this action proceed only on the claims found to be

6     cognizable—Plaintiff's Eighth Amendment excessive use of force claim against Defendant

7     Collins and Plaintiff's First Amendment retaliation claim against Defendant Lewis—and that all

8     other claims and named defendants be dismissed, without leave to amend. (Doc. No. 14.) Those

9     pending findings and recommendations were served on Plaintiff and contained notice that any

10     objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no

11     objections have been filed, and the time in which to do so has passed.

12          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

13     *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

14     findings and recommendations are supported by the record and proper analysis.

15          Accordingly,

16       1.     The findings and recommendations issued on January 28, 2025 (Doc. No. 14) are

17             ADOPTED in full;

18       2.     This action shall proceed on Plaintiff's Eighth Amendment excessive use of force

19             claim against Defendant Collins and Plaintiff's First Amendment retaliation claim

20             against Defendant Lewis;

21       3.     All other claims brought by Plaintiff in this action and all other defendants named

22             in Plaintiff's complaint are dismissed;

23       4.     The Clerk of the Court is directed to update the docket to reflect the termination of

24             Defendants Sacramento County Main Jail and Trammell; and

25     /////

26

---

27     [1] On December 9, 2024, Plaintiff filed a letter to the court that reiterates his general grievances,
which the magistrate judge already addressed in the October 31, 2024 screening order. (Doc. No.

28     13.)

1       5.      This action is referred back to the assigned magistrate judge for further

2           proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **April 21, 2025**

Dena Coggins
United States District Judge